FRED S. ROBERTS and Another, Appellants, v. TRANSPORTATION INDEMNITY COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs, upon the authority of *Geitner* v. *United States Fidelity & Guaranty Co.* (225 App. Div. 451; affd., 251 N. Y. 205). All concur.

JOSEPH INCALCATERRA, as Administrator, etc., of ARCANGELA INCALCATERRA, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent. — Order affirmed, with costs. All concur.

FRANK POLLOCK, as Commissioner of Public Welfare of the County of Erie, Respondent, v. JACK MCMILLAN, Appellant.— Order affirmed, without costs. All concur.

JENNIE PARSLOW, as Limited Administratrix, etc., of HARVEY G. PARSLOW, Respondent, v. TOWN OF WILLIAMSON, Appellant.— Judgment reversed on the law, with costs, and complaint dismissed, with costs, on the authority of *Butler* v. *Village of Oxford* (186 N. Y. 444). All concur.

AMANDA CLIFFORD, Appellant, v. DELMONTO PAVING COMPANY, Respondent.— Order reversed on the facts and new trial granted, with costs to the appellant to abide the event, on the ground that the award of damages in the verdict is inadequate. All concur.

FRANK C. HOGAN, Respondent, v. GUST JOHNSON and Another, Defendants, Impleaded with ARVILLE KOHLER and ROLLAND CARR, Appellants.— On reargument order reversed on the facts as matter of discretion and motion to open default granted upon the payment by appellants to the plaintiff of costs of the motion and costs in the action, not exceeding in all twenty-five dollars, to be paid within ten days. Memorandum: To open this default appellants must show (1) a fair excuse for the default, and (2) a meritorious defense. As to (1), the single day's default is explained. It was not willful but rather rested on an unwarranted but nevertheless not unreasonable expectation that the single day's delay in service of the answer would be disregarded by the plaintiff. As to (2), the defense advanced is payment. In support appellant relies on an indorsement on the mortgage papers of a payment sufficient to satisfy the mortgage in full and a duplicate deposit slip relating to a deposit made by the mortgagor to the mortgagee's account in a bank, which deposit corresponds in amount and date with the credit indorsement on the mortgage papers. A meritorious defense is thus sufficiently shown to warrant its submission to the jury. All concur. [See *ante*, pp. 653, 914.]

MARJORIE CULKIN, Respondent, v. CARLTON ROWLEE, Appellant.— Judgment and orders affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD REBIS, Appellant.— Judgment of conviction affirmed. All concur.

THOMAS J. KANE, Respondent, v. LESLIE H. MOREHOUSE, Appellant.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALPHONSE MENDOLA, Appellant, v. WILLIAM C. STALLKNECHT, as Sheriff of the County of Monroe, Respondent. — Order affirmed, without costs. All concur.

SADYE E. WALLACE, Respondent, v. JAMES I. OLLIVETTI, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.